IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re: RUTH ANN SHANE, )
)
                     Debtor, )    Case No. 04-23006
)    Chapter 7
)
JAMES NOVAK, ADMINISTRATOR OF THE )
ESTATE OF THEODORE SHANE, DECEASED, )    Adversary Proceeding No.
)
                     Plaintiff, )
  vs. )
)
RUTH ANN SHANE, )
)
                     Defendant. )
)

COMPLAINT OF JAMES NOVAK, ADMINISTRATOR, FOR DETERMINATION
THAT DEBTS ARE NONDISCHARGEABLE AND
FOR JUDGMENT FOR CONVERSION OF NATIONSBANK ACCOUNT

Comes now plaintiff, the creditor James Novak, Special Administrator and Administrator *de bonis non* of the Estate of Theodore Shane, deceased, and prays to the Court for an order declaring that the debts described herein incurred by defendant/debtor to plaintiff are excepted from discharge in this bankruptcy proceeding pursuant to 11 U.S.C. §523(a)(4), and in support shows the Court:

1. This Court has jurisdiction under 11 U.S.C. §523 and 28 U.S.C. §§ 1334 and 157. This adversary proceeding is a core proceeding, under 28 U.S.C. §§ 1334 and 157(b)(2)(I), arising under Title 11 U.S.C. and arising in the above-referenced case under Chapter 7 of the Bankruptcy Code, now pending in this Court.

2. Plaintiff is a creditor of the above-named defendant/debtor, having filed his claims

with the court, and is authorized to bring this action by Bankruptcy Rule 4007.

3. James Novak, Special Administrator of the Estate of Theodore Shane, deceased, has filed an unsecured claim in the amount of $366,268.97 (Proof of Claim No. 16, which amends and replaces Proofs of Claim No. 6 and No. 9).

4. A portion of the debt in Proof of Claim No. 16 of James Novak, Special Administrator of the Estate of Theodore Shane, deceased, results from a judgment on multiple counts entered against the defendant/debtor and in favor of plaintiff by the District Court of Johnson County, Kansas, in Probate Case No. 98 P 91 on July 15, 2004 in the principal amount of $275,073.14 for damages caused by numerous defalcations by defendant/debtor while she served in a fiduciary capacity as administrator of the Estate of Theodore Shane deceased, with prejudgment interest in the amount of $37,833.68 and with statutory interest on the judgment as provided by K.S.A. 16-204 from the date of judgment until paid, but subject to credit for the amount of $150,000.00 paid on the judgment on October 8, 2004 by the surety, The Ohio Casualty Insurance Company, in settlement on its administrator's bond issued to Ruth Ann Shane. The judgment was more particularly rendered on the following defalcations by defendant/debtor:

   a. for shortage of funds on hand from her stated accounting, judgment was awarded in the amount of $23,027.09; with statutory double damages for conversion under K.S.A. 59-1704 in the amount of $23,027.09; and
   b. for estate tax penalties and interest incurred due to the late filing of returns, judgment was awarded in the amount of $68,626.32; and
   c. for expenditures of estate funds in excess of the estate's share on the tenancy-in-common property at 3450 Tauromee, Kansas City, Kansas judgment was awarded in the amount of $208.71; with statutory double damages for conversion by K.S.A. 59-1704 in the amount of $208.71; and
   d. for insufficiently identified expenditures, judgment was awarded in the amount of $69,637.52, as specifically itemized on the trial exhibit modified by the Court and entitled *Exhibit A - Insufficiently Identified Expenditures*; and
   e. for attorneys fees paid to Norton, Hubbard, Ruzicka & Kreamer, LC for personal services to Ruth Ann Shane, judgment was awarded in the amount of $18,601.75; with statutory double damages for conversion by K.S.A. 59-1704 in the amount of

$18,601.75; and

f. for personal income taxes of Ruth Ann Shane paid from the estate, judgment was awarded in the amount of $4,700.00; with statutory double damages for conversion by K.S.A. 59-1704 in the amount of $4,700.00; and

g. for expenditures made on the real estate owned by Ruth Ann Shane at 1617 N. 60th Street, Kansas City, Kansas, judgment was awarded in the amount of $6,376.17; with statutory double damages for conversion by K.S.A. 59-1704 in the amount of $6,376.17; and

h. for interest incurred by late payment of real estate taxes, judgment was awarded in the amount of $11,612.00; and

i. for conversion of the Results Publications account belonging to the estate, judgment was awarded pursuant to K.S.A. 59-1704 for statutory double damages for the conversion, in the amount of $23,022.41.

j. against her liability itemized above Ruth Ann Shane was awarded setoff for two stipulated sums, being $2,855.14 and $797.41.

5. An additional portion of the debt due the plaintiff under Proof of Claim No. 16 results from a separate judgment entered against the defendant/debtor and in favor of plaintiff by the District Court of Johnson County, Kansas, in Probate Case No. 98 P 91 on October 3, 2002 for damages caused by the defalcation by defendant/debtor while she served in a fiduciary capacity as administrator of the Estate of Theodore Shane deceased, by her expenditures of estate funds in excess of the estate's share on the tenancy-in-common property at 21915 W. 73rd Terrace, Shawnee, Kansas, in the amount of $6,553.44, with statutory double damages for conversion under K.S.A. 59-1704 in the amount of $6,553.44, and with statutory interest on the judgment as provided by K.S.A. 16-204 from the date of judgment until paid. The plaintiff collected the sum of $6,553.44 on said judgment on May 22, 2003 but the balance remains unpaid and outstanding.

6. Proof of Claim No. 16 also includes a claim for damages in the amount of $70,575.43 which represents a bank account belonging to the Estate of Theodore Shane, deceased, which was on deposit with NationsBank but improperly taken by Ruth Ann Shane and converted to her own use, while she served in a fiduciary capacity as administrator of the Estate of Theodore

Shane deceased, as found by opinion of the Kansas Court of Appeals in Appellate Case No. 90,343. Plaintiff is entitled to judgment for recovery of said account in the amount of $70,575.43, statutory double damages for conversion under K.S.A. 59-1704 in the additional amount of $70,575.43, and prejudgment interest pursuant to K.S.A. 16-201 from January 27, 1998 until judgment and with statutory interest on the judgment as provided by K.S.A. 16-204 from the date of judgment until paid

7. James Novak, Administrator *de bonis non* of the Estate of Theodore Shane, deceased, has separately filed a secured claim in the amount of $56,026.11 (Proof of Claim No. 8, which amends Proof of Claim No. 7 and which is duplicated by Proof of Claim No. 10) This claim results from a judgment issued against the defendant/debtor and in favor of the Plaintiff by the Jackson County, Missouri, Circuit Court, Probate Division in Case No. PR02-177009-005, entered on February 6, 2004, in the amount of $162,627.68, with prejudgment interest in the amount of $17,443.49 and judgment interest thereafter at the statutory rate of 9% per annum, but subject to credit for the amount of $125,000.00 paid on the judgment on February 6, 2004 by the surety, The Bar Plan Surety & Fidelity Company, as the limits of its administrator's bond issued to Ruth Ann Shane.

8. The claims at issue in this matter, as identified above, arise from the defendant/debtor's role and actions as administrator of the estate of her deceased husband, Theodore Shane, and result from her defalcation and breach of fiduciary duty while she served in a fiduciary capacity as administrator of the Estate of Theodore Shane, deceased, and are excepted from discharge by 11 U.S.C. §523(a)(4).

THEREFORE, plaintiff prays for an order and judgment against defendant/debtor declaring that the foregoing state court judgments and debts are not dischargeable, for a

judgment in favor of the plaintiff against defendant in the amount of $70,575.43 for the bank account belonging to the Estate of Theodore Shane, deceased, improperly taken by Ruth Ann Shane and converted to her own use, as found by opinion of the Kansas Court of Appeals in Appellate Case No. 90,343, and in the additional amount of $70,575.43 as statutory double damages for conversion under K.S.A. 59-1704, and with prejudgment interest pursuant to K.S.A. 16-201 from January 27, 1998 until judgment, plus interest and costs, and for such other and further relief as is just and proper.

Respectfully submitted,

*s/ Thomas W. Harris*
THOMAS W. HARRIS (#12923)
4900 Johnson Drive
Roeland Park, Kansas 66205
(913) 677-1500
Attorney for James Novak, Administrator,
Plaintiff