IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

RUTH ANN SHANE

        Debtor(s).        Case No. 04-23006-RDB

JAMES NOVAK, Administrator of the Estate of
Theodore Shane, Deceased
        Plaintiff(s),        Adv. No. 04-6173-RDB

-vs-
RUTH ANN SHANE
        Defendant(s).

## NOTICE OF ENTRY OF JUDGMENT

On May 02, 2005, the following order was entered:

Stipulated judgment of the Honorable Robert D Berger, United States Bankruptcy Judge for the District of Kansas, filed herein on May 02, 2005, wherein:

    Plaintiff is entitled to and is awarded a judgment against defendant/debtor, Ruth Ann Shane, for the balance of $70,575.43 converted from the bank account belonging to the estate of Theodore Shane, plus $70,575.43 as the mandatory penalty of double damages provided by K.S.A. 59-1704, with prejudgment interest of ten percent (10%) per annum pursuant to K.S.A. 16-201 from January 27, 1998 until judgment, interest hereafter at the judgment rate provided by Kansas statues and costs, and the judgment is declared to be excepted from discharge and nondischargeable under 11 U.S.C. 523(a)(4).

DATED: May 2, 2005                  FRED W. JAMISON, CLERK
(Form B262/K. Rev. 03/99)        UNITED STATES BANKRUPTCY COURT

                                      By: _Cindy A Forson, Deputy Clerk_

## CERTIFICATE OF MAILING

I, the undersigned Deputy Clerk that copies of the above Notice with copy of described Order attached, were mailed, postage prepaid, on the date set forth below, to the United States Trustee and to all parties as set forth on the attached mailing notice.

**DATED: May 2, 2005.**

*[signature]*
**Deputy Clerk**